| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | W12-915M |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | M-13-299-P |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David L. McLain<br>Marland, Oklahoma | Western Texas | Waco |
| | NAME OF SENTENCING JUDGE | |
| | Jeffrey C. Manske, United States Magistrate Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/21/2012 — TO 12/20/2013 |

**OFFENSE**

Simple Possession (Spice)- 21 U.S.C. § 844

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western</u> District of <u>Oklahoma</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-24-13

Date

*[signature]*
JEFFREY C. MANSKE
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 7, 2013

Effective Date

*[signature]*
United States Magistrate Judge